**Order entered July 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01299-CV

### IN THE INTEREST OF J.C., ET AL

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-76-08723-V**

## ORDER

We **GRANT** appellant's motion for extension of time to file brief and **ORDER** the brief

tendered to the Clerk of the Court July 14, 2015 filed as of the date of this order.


/s/      CRAIG STODDART
JUSTICE